IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

EDDIE MITCHELL, JR.,                       §
                                           §
           Plaintiff,                      §
                                           §
                                           §
V.                                         §            No. 3:20-cv-277-M-BN
                                           §
THE MONEY SOURCE INC.,                     §
                                           §
           Defendant.                      §

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and

Recommendations in this case on April 23, 2021. *See* Dkt. No. 21. No objections were

filed. The District Court reviewed the proposed Findings, Conclusions, and

Recommendation for plain error. Finding none, the Court ACCEPTS the Findings,

Conclusions and Recommendation of the United States Magistrate Judge.

**SO ORDERED** this 7th day of June, 2021.

_____
BARBARA M. G. LYNN
CHIEF JUDGE

-1-